UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 07 B 12199
    MICHAEL L GASTON
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

          Debtor
    SSN XXX-XX-0432
```

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 07/09/2007 and was confirmed 09/24/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 02/04/2008.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| FREMONT INVESTMENT & LOA | CURRENT MORTG | .00 | .00 | .00 |
| FREMONT INVESTMENT & LOA | MORTGAGE ARRE | .00 | .00 | .00 |
| OCWEN FEDERAL BANK | CURRENT MORTG | .00 | .00 | .00 |
| OCWEN FEDERAL BANK | MORTGAGE ARRE | 1635.76 | .00 | .00 |
| BANK OF AMERICA | SECURED VEHIC | 11583.00 | 88.21 | 151.79 |
| BANK OF AMERICA | UNSECURED | 32.18 | .00 | .00 |
| BANK OF AMERICA | UNSECURED | NOT FILED | .00 | .00 |
| BANK OF AMERICA | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE | UNSECURED | 582.05 | .00 | .00 |
| B-REAL LLC | UNSECURED | 432.99 | .00 | .00 |
| CHECK N GO | UNSECURED | NOT FILED | .00 | .00 |
| ECAST | UNSECURED | 648.72 | .00 | .00 |
| ILLINOIS COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| NATIONWIDE CREDIT CO | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| CHASE BANK USA NA | UNSECURED | 1144.02 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 155.52 | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 116.16 | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 1671.90 | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 2197.45 | .00 | .00 |
| ROBERT J SEMRAD & ASSOC | DEBTOR ATTY | 2,914.00 | | 874.02 |
| TOM VAUGHN | TRUSTEE | | | 76.98 |
| DEBTOR REFUND | REFUND | | | .00 |

          Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------

| | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 1,191.00 | |
| PRIORITY | | .00 |
| SECURED | | 151.79 |

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 12199 MICHAEL L GASTON

```
        INTEREST                                        88.21
UNSECURED                                                 .00
ADMINISTRATIVE                                          874.02
TRUSTEE COMPENSATION                                     76.98
DEBTOR REFUND                                             .00
                         ---------------    ---------------
TOTALS                        1,191.00           1,191.00
```

      Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
      Dated: 05/23/08         _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE